United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHA ROAD CARRIERS, INC.,<br><br>　　　　Defendant. | Case No.  3:21-cv-02647-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 47 |

　　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case.

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge